**FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>JEFFEREY GRUBBS,<br><br>　　　　Defendant - Appellant. | No. 03-10311<br><br>D.C. No. CR-02-00164-1-WBS<br>Eastern District of California,<br>Sacramento<br><br><br>ORDER |

Before: B. FLETCHER and REINHARDT, Circuit Judges, and RESTANI,* Judge.

　　　　The order for publication filed on December 27, 2007 is hereby withdrawn.

The panel will take the remaining issues on appeal under consideration.  The

parties will be notified if supplemental briefing or additional oral argument is

required.

---

　　　　*　　The Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.